# Court of Appeals
# of the State of Georgia

ATLANTA,  September 20, 2022

*The Court of Appeals hereby passes the following order:*

### A23D0051. ACHDAH REUVEN v. GRIFFIN SPALDING COUNTY LAND BANK AUTHORITY.

Griffin Spalding County Land Bank Authority ("Land Bank") sued Achdah Reuven for breach of contract regarding a real estate transaction. The trial court entered a default judgment against Reuven and awarded Land Bank title to the subject property. Reuven then filed this application for discretionary appeal.

From the limited information included in the application materials,[1] the trial court's order appears to have resolved all pending issues in the case and no provision of the discretionary appeal statute, OCGA § 5-6-35 (a), appears to apply. The order, therefore, appears to be subject to direct appeal. See OCGA § 5-6-34 (a) (1); *Camelback Mgmt. Co. v. Phoenix Periodicals*, 192 Ga. App. 101, 102 (1) (383 SE2d 651) (1989) (stating that a default judgment is a final and directly appealable judgment).

We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Reuven shall have ten days from the date of this order to file a notice of appeal with the trial court. If he has already filed a notice of appeal in the trial court, he need not file a second notice. See *Wannamaker v. Carr*,

---

[1] Reuven did not include a copy of Land Bank's complaint with his application materials. Moreover, in violation of this Court's rules, Reuven failed to attach a copy of Land Bank's motion for default judgment. See Court of Appeals Rule 31 (e) ("The applicant shall include with the application a copy of any . . . motion that led directly to the order or judgment being appealed[.]").

257 Ga. 634, 635 (1) (362 SE2d 53) (1987). The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/20/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ *, Clerk.*